IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1388-RGA |
| | ) |
| GLOBAL VALUE LIGHTING, LLC, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Delaware, counsel with the firm of Noroozi PC hereby moves the Court for leave to withdraw as counsel for Defendant Global Value Lighting, LLC, and in support thereof states the following:

1. Defendant does not oppose this motion.

2. Plaintiff does not oppose this motion.

3. Defendant continues to be represented by remaining counsel of record, John G. Day and Andrew C. Mayo of the law firm Ashby & Geddes, who are members of the Bar of this Court.

4. Garret Leach and Eric Hayes with the firm of Kirkland & Ellis LLP have represented that they will be making appearances as counsel on behalf of Defendants.

5. Defendant does not expect this withdrawal will materially disrupt existing timelines.

For the foregoing reasons, counsel respectfully requests that the motion be granted.

{01598384;v1 }

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

Dated: August 20, 2020

SO ORDERED, this _____ day of _____, 2020.

_____
United States District Court Judge