IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1388-RGA |
| | ) |
| GLOBAL VALUE LIGHTING, LLC, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gregory B. Sanford and Adam Michael Janes to represent the defendant in this matter. Pursuant to this Court's Standing Order effective September 1, 2016, the fees for the above-listed attorneys will be submitted upon the filing of this motion.

        ASHBY & GEDDES

        */s/ Andrew C. Mayo*
        _____
        John G. Day (#2403)
        Andrew C. Mayo (#5207)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        (302) 654-1888
        jday@ashbygeddes.com
        amayo@ashbygeddes.com

        *Attorneys for Defendant*

Dated: July 19, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1388-RGA |
| | ) |
| GLOBAL VALUE LIGHTING, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This ___ day of _____, 2021, the Court having considered the motion for the admission *pro hac vice* of Gregory B. Sanford and Adam Michael Janes to represent the defendant in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

{01705865;v1 }

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

          */s/ Gregory B. Sanford*
          _____
          Gregory B. Sanford
          Kirkland & Ellis LLP
          300 North LaSalle
          Chicago, IL 60654
          (312) 862-2000

Dated:  July 19, 2021

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Adam Michael Janes*
_____
Adam Michael Janes
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Dated: July 19, 2021

{01705865;v1 }