IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1388 (RGA) |
| | ) |
| GLOBAL VALUE LIGHTING, LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines for expert discovery are extended as follows:

| Deadline (D.I. 155) | Current Date | New Date |
|---|---|---|
| Initial Expert Reports | October 15, 2021 | October 29, 2021 |
| Rebuttal Expert Reports | November 16, 2021 | November 30, 2021 |
| Reply Expert Reports | December 3, 2021 | December 13, 2021 |
| Expert Discovery Closes | December 17, 2021 | December 22, 2021 |
| Case Dispositive Motions | January 11, 2022 | January 11, 2022 |
| Pretrial Conference | June 3, 2022 | June 3, 2022 |
| Jury Trial | June 13-17, 2022 | June 13-17, 2022 |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| | |
| /s/ *Anthony D. Raucci* | /s/ *Andrew C. Mayo* |
| | |
| Brian P. Egan (#6227) | John G. Day (#2403) |
| Anthony D. Raucci (#5948) | Andrew C. Mayo (#5207) |
| 1201 North Market Street | 500 Delaware Avenue, 8th Floor |
| P.O. Box 1347 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 654-1888 |
| began@morrisnichols.com | jday@ashbygeddes.com |
| araucci@morrisnichols.com | amayo@ashbygeddes.com |
| | |
| *Attorneys for Plaintiff Nichia Corporation* | *Attorneys for Defendant Global Value Lighting, LLC* |

2

October 13, 2021

                              SO ORDERED this _____ day of October, 2021.

                              _____
                              United States District Judge